# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Laredo

**United States District Court
Southern District of Texas
ENTERED
August 28, 2024
Nathan Ochsner, Clerk**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| **LEANDRO SALAS-GALAVIZ** | CASE NUMBER: 5:10CR01420-001 |
| A/K/A DANIEL OBREGON, "LIC" | USM NUMBER: 31508-279 |

Date of Original Judgment: December 12, 2011
Date of Previous Amended Judgment: _____

Juan Ramon Flores
Defendant's Attorney

*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___ months **is reduced to** ___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated December 12, 2011 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: August 28, 2024

Signature of Judge

Effective Date: August 27, 2024
*(if different from order date)*

**DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE**
Name and Title of Judge